1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CLIFFORD DION JACKSON,                          No.  2:24-cv-3628 WBS CKD P

12                  Plaintiff,

13          v.                                       ORDER

14   JOHN M. DOWBAK, et al.,

15                  Defendants.

16

17          Plaintiff filed a motion for an extension of time to file an amended complaint.  Good cause

18   appearing, IT IS HEREBY ORDERED that:

19          1.  Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

20          2.  Plaintiff is granted thirty days from the date of this order in which to file an amended

21   complaint.  Failure to file an amended complaint within 30 days will result in a recommendation

22   that this action be dismissed.

23   Dated:  March 20, 2025

24                                                   _____
                                                     CAROLYN K. DELANEY
25                                                   UNITED STATES MAGISTRATE JUDGE

26

27   1/ks
     jack3628.36
28

                                                     1