UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD DION JACKSON, | No. 2:24-cv-3628 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| JOHN M. DOWBAK, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 16) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint. Failure to file a second amended complaint will result in a recommendation that this action be dismissed.

Dated: October 1, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
jack3628.36(2)